# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

D. WILLIAMS,

Plaintiff,

v.

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA, *et al.*,

Defendants.

Case No. 3:21-cv-00217-MMD-CLB

ORDER

*Pro se* Plaintiff D. Williams brings this civil action against Defendants, the United States District Court for the District of Nevada, the United States, the State of Nevada, and "Corporations I-C and Does I-C". (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla L. Baldwin (ECF No. 3), recommending that Williams's application to proceed *in forma pauperis* be granted and that Williams's complaint be dismissed with prejudice. Williams had until May 31, 2021, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R, and will dismiss this action with prejudice.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory

Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because there is no objection, the Court need not conduct *de novo* review, and is satisfied Judge Baldwin did not clearly err. Here, Judge Baldwin recommends dismissing this action as Williams's complaint is rambling, nonsensical, and filled with incomplete sentences. (ECF No. 3 at 3.) Moreover, Williams does not state a claim upon which relief may be granted and amendment would be futile. (*Id.* at 4.) The Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff D. Williams's application to proceed *in forma pauperis* (ECF No. 1) is granted.

The Clerk of Court is directed to file Williams's complaint (ECF No. 1-1).

It is further ordered that Williams's complaint (ECF No. 1-1) is dismissed with prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 1st Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE